*Benjamin H. Siff* and *David D. Reibstein* for appellant.
*Maurice F. Miller* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CON-
WAY, DESMOND and THACHER, JJ.

KATE WEISSBERGER, Respondent, *v.* HARRY WEISSBERGER,
Appellant.

Argued January 4, 1944; decided February 24, 1944.

*B. Leo Schwarz* for appellant.

*Michael Diemert* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.

JACK LINSKY et al., Copartners under the Name of SPEED PRODUCTS COMPANY, Appellants, *v.* IRVING HIRSCH et al., Respondents.

Argued January 5, 1944; decided February 24, 1944.